JOHNSTONE, Justice.
AFFIRMED. NO OPINION.
See Hogan v. State Farm Mut. Auto. Ins. Co., 730 So.2d 1157 (Ala.1998); Fountain v. State, 586 So.2d 277, 282 (Ala.Crim.App.1991); BIC Corp. v. Bean, 669 So.2d 840, 844 (Ala.1995); State Farm Mut. Auto. Ins. Co. v. Wallace, 743 So.2d 448 (Ala.1999); Alfa Mut. Ins. Co. v. Beard, 597 So.2d 664 (Ala.1992); Kennedy v. Polar-BEK & Baker Wildwood Partnership, 682 So.2d 443 (Ala.1996); Atlanta & Birmingham A.L. Ry. v. Brown, 158 Ala. 607, 47 So. 73 (1908); Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.
MOORE, C.J., and BROWN, HARWOOD, and WOODALL, JJ., concur.
SEE and LYONS, JJ., concur specially.
HOUSTON and STUART, JJ., dissent.